Gertrude Mowers, Respondent, v. The Town of Stratford, Appellant.—Judgment and order affirmed, with costs. All concurred.

Charles F. Howell, Appellant, v. Walter B. Johnson, Respondent.—Judgment affirmed, with costs. All concurred.

John L. Hicks, Respondent, v. Angeline E. Hicks, Individually and as Executrix, etc., of William H. Hicks, Deceased, Appellant.—Judgment modified by reducing the amount of the recovery as of the date of February 13, 1911, to the sum of $2,423.51, and as so modified affirmed, without costs of this appeal to either party. All concurred.

In the Matter of the Application of Louis de Beauval, Appellant, for a Writ of Habeas Corpus. Superintendent and Warden of the State Prison at Auburn, New York, Respondent.—Order affirmed. All concurred.

Clara M. Hellis, Respondent, v. The Western Life Indemnity Company-Appellant.—Judgment affirmed, with costs. All concurred, except Spring and Kruse, JJ., who dissented.

Sarah Hardy, Appellant, v. The Town of Paris, Respondent.—Judgment affirmed, with costs. All concurred.

Diana R. Smith, Respondent, v. Louise M. Keller, Personally and as Executrix, etc., of Ellen Raidy, Deceased, and Others, Appellants.—Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the verdict is contrary to and against the weight of the evidence, and because of errors in the admission and rejection of evidence.

Oscar C. Lehman, Appellant, v. Little Falls and Dolgeville Railroad Company, Respondent.—Order affirmed, with ten dollars costs and disbursements. All concurred.

Harrison Gilmore, Appellant, v. The City of Utica and Others, Respondents.—Order affirmed, with ten dollars costs and disbursements. All concurred.

Margaret O'Connor, Respondent, v. The City of Dunkirk, Appellant.—Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

John Durrell and Another, Respondents, v. School District Number Eight of the Town of Sheridan, Appellant.—Motion for reargument denied, with ten dollars costs.

Cora J. McMillan, as Administratrix, etc., Respondent, v. The New York